**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 29, 2026

Mr. John H. Bledsoe
Office of the Attorney General
Of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Re: Case No. 26-5864
*In Re: Christa Pike* *DEATH PENALTY CASE*
Originating Case No. 1:12-cv-00035

Dear Mr. Bledsoe:

The Court requests a response to the movant's motion to remand to be filed by 10:30 ET/9:30 CT on **September 29, 2026**.

Sincerely yours,

s/Patricia Elder
Senior Case Administrator
Direct Dial No. 513-564-7034

cc: Mr. Stephen Alan Ferrell