**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 30, 2026

Mr. John H. Bledsoe
Office of the Attorney General
Of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. Stephen Alan Ferrell
Federal Defender Services
800 S. Gay Street
Suite 2400
Knoxville, TN 37929

Re: Case No. 26-5864
*Christa Pike*
Originating Case No. 1:12-cv-00035

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens
Senior Case Administrator: Patricia
Direct Dial No. 513-564-7062

cc: Ms. LeAnna Wilson

Enclosure