**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE,** | ) | |
| | ) | **DEATH PENALTY CASE** |
| **Petitioner,** | ) | **No. 26-5864** |
| | ) | |
| **vs.** | ) | **Execution Scheduled for** |
| | ) | **Sept. 30, 2026, at 10:00 a.m. CDT** |
| **KENNETH NELSEN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

# MOTION TO STAY

Comes now Movant Christa Gail Pike, by and through undersigned counsel, and respectfully moves this Court to stay her execution for the following reasons: The Tennessee Department of Correction began the execution of Petitioner Christa Gail Pike today. Execution witnesses reported that TDOC has injected both syringes and she is still alive. This execution is causing Ms. Pike unnecessary agony and occurring in violation of his right to be executed free of cruel and unusual punishment. U.S. Const. amend. VIII.

The Department of Correction must also immediately begin lifesaving measures. Executions cannot be completed by withholding necessary healthcare once a stay is ordered. Instead, an inmate's rights to adequate medical care revert to them. Failure to provide such care constitutes deliberate indifference to legitimate, serious medical needs. Allowing the State to inflict serious injury without providing

appropriate, lifesaving medical treatment is itself cruel and unusual punishment: "The Eighth Amendment forbids prison officials from 'unnecessarily and wantonly inflicting pain' on an inmate by acting with 'deliberate indifference' toward the inmate's serious medical needs." *Blackmore v. Kalamazoo Cnty.*, 390 F.3d 890, 895 (6th Cir. 2004) (quoting *Estelle v. Gamble,* 429 U.S. 97, 104 (1976)).

**CONCLUSION**

Ms. Pike, through counsel, moves this Court to

- immediately HALT and STAY the continuation of this execution;
- require the Tennessee Department of Correction to remove the IV catheters (see Protocol, page 23: "Upon receiving notification [of a stay of execution], the Warden . . . directs the IV Team to remove the catheters . . ."); and
- require the Tennessee Department of Correction to immediately take all possible lifesaving measures on Ms. Pike.

DATED this 30th day of September, 2026.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

/s/ Stephen Ferrell
Luke P. Ihnen
Stephen A. Ferrell
Assistant Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999
Luke_Ihnen@fd.org
Stephen_Ferrell@fd.org

Counsel for Petitioner