**No. 26-5864**
**DEATH PENALTY CASE**
**Execution Scheduled: September 30, 2026 at 10:00 a.m. CDT**

---

**UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

---

**CHRISTA PIKE,**
**Petitioner,**

**v.**

**KENNETH NELSEN, WARDEN,**
**Respondent,**

---

# RESPONDENT RESPONSE TO MOTION TO STAY

---

**JONATHAN SKRMETTI**
**Attorney General & Reporter**
**State of Tennessee**

**MADELINE W. CLARK**
**Solicitor General**

**TAYLOR M. DURRETT**
**Assistant Attorney General**

**JOHN H. BLEDSOE**
**Deputy Attorney General**
**P.O. Box 20207**
**Nashville, Tennessee 37202**
**Telephone: (615) 741-4351**
**Email: John.Bledsoe@ag.tn.gov**
**Attorney for Respondent-Appellant**

The petitioner has filed a motion for stay based upon certain factual allegations. The petitioner requests that the Court immediately stay her execution and order the Tennessee Department of Correction to "take all possible lifesaving measures on Ms. Pike."

Without waiving any objection to whether the Court has jurisdiction to resolve the request posed in this concluded habeas corpus petition, the execution process has ceased, and an ambulance has been called to the prison facility. It is the understanding of undersigned counsel that medical professionals are with the petitioner now.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General & Reporter

MADELINE W. CLARK
Solicitor General

TAYLOR M. DURRETT
Assistant Attorney General

*<u>/s/ John H. Bledsoe</u>*
JOHN H. BLEDSOE
Deputy Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Telephone: (615) 741-4351
Email: John.Bledsoe@ag.tn.gov
Attorney for Respondent-Appellant

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion has been served through the Court's electronic case filing system on the 30th day of September, 2026, to Assistant Federal Community Defender Stephen Ferrell at Stephen_Ferrell@fd.org.

*/s/ John H. Bledsoe*
JOHN H. BLEDSOE
Deputy Attorney General