**No. 26-5864**
**DEATH PENALTY CASE**
**Execution Scheduled: September 30, 2026 at 10:00 a.m. CDT**

**UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

**CHRISTA PIKE,**
**Petitioner,**

**v.**

**KENNETH NELSEN, WARDEN,**
**Respondent,**

# RESPONDENT SUPPLEMENTAL RESPONSE TO MOTION TO STAY

**JONATHAN SKRMETTI**
**Attorney General & Reporter**
**State of Tennessee**

**MADELINE W. CLARK**
**Solicitor General**

**TAYLOR M. DURRETT**
**Assistant Attorney General**

**JOHN H. BLEDSOE**
**Deputy Attorney General**
**P.O. Box 20207**
**Nashville, Tennessee 37202**
**Telephone: (615) 741-4351**
**Email: John.Bledsoe@ag.tn.gov**
**Attorney for Respondent-Appellant**

As a supplemental response, the respondent reports that the petitioner is being transported to a hospital and is receiving medical care.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General & Reporter

MADELINE W. CLARK
Solicitor General

TAYLOR M. DURRETT
Assistant Attorney General

*/s/ John H. Bledsoe*

JOHN H. BLEDSOE
Deputy Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Telephone: (615) 741-4351
Email: John.Bledsoe@ag.tn.gov
Attorney for Respondent-Appellant

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion has been served through the Court's electronic case filing system on the 30th day of September, 2026, to Assistant Federal Community Defender Stephen Ferrell at Stephen_Ferrell@fd.org.

*/s/ John H. Bledsoe*
JOHN H. BLEDSOE
Deputy Attorney General