**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE,** | ) | |
| | ) | **DEATH PENALTY CASE** |
| **Petitioner,** | ) | **No. 26-5864** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JORDAN CLARK, WARDEN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## NOTICE REGARDING STATUS OF PROCEEDINGS

Comes now Petitioner Christa Gail Pike, by and through undersigned counsel, and submits this Notice to inform this Court that the State of Tennessee tried but failed to execute Ms. Pike last night after injecting her with pentobarbital. Ms. Pike is in the hospital and is alive. This matter should therefore remain before this Court for determination of the legal issues before it.

Yesterday, September 30, 2026, this Court stayed Ms. Pike's execution to "properly analyze the parties' fully briefed arguments and resolve the issues on the merits." Order, Doc. 10-2, at 2. The U.S. Supreme Court vacated that stay hours later. *Nelsen v. Pike*, No. 26A428 (U.S. Sept. 30, 2026).

The State of Tennessee attempted, but botched, the execution of Ms. Pike last night at Riverbend Maximum Security Institution in Nashville, Tennessee. The facts of what happened are still emerging. To the best of undersigned counsel's belief,

after struggling to find a vein and using numerous different needles to try to obtain venous access, the execution team injected Ms. Pike with pentobarbital. Ms. Pike remained conscious, and media witnesses reported bodily movement. The execution team eventually injected Ms. Pike with a second syringe of pentobarbital. She still did not die.

The entire execution process lasted longer than two hours, and Pike's legal team filed emergency motions to halt the execution in multiple courts before the prison called an ambulance. Even then, attorneys for the State of Tennessee argued that TDOC had no obligation to render life-saving care to Ms. Pike. Ms. Pike was eventually taken by ambulance to a hospital, where she remains alive. Supp. Response to Mtn. to Stay, Doc. 16, at 2.

Tennessee Governor Bill Lee has ordered a third-party review of the botched attempt and has halted executions through the end of 2026. *Gov. Lee halts execution, orders third-party review following Pike's failed lethal injection*, WPLN News, Oct. 1, 2026 (available at https://wpln.org/post/gov-lee-halts-execution-orders-third-party-review-following-pikes-failed-lethal-injection/) (last accessed Oct. 1, 2026).

Ms. Pike's Motion to Remand Rule 60(b) Motion to the District Court remains pending. Motion, Doc. 7. The question it presents is unchanged: whether her motion under Federal Rule of Civil Procedure 60(b)(6) attacks a defect in the integrity of the federal habeas proceedings, or whether it is a second or successive application

subject to 28 U.S.C. § 2244(b). Ms. Pike retains a concrete stake in its answer.

DATED this 1st day of October, 2026.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

/s/ Stephen A. Ferrell
Stephen A. Ferrell
Assistant Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999
Stephen_Ferrell@fd.org

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was filed and served via the Court's electronic filing system on the 1st day of October, 2026.

/s/ Stephen A. Ferrell
Stephen A. Ferrell